UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22-1025 |
| v. | : | CRIMINAL ACTION |
| Abdul Azadi | : | ORDER OF RELEASE |

The Court orders the defendant, **Abdul Azadi**, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: **Comply with conditions of PTD.**

_____     **2/3/2022**
DEFENDANT                                       DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

**2-8-22**
DATE